# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Case Number: 5:20-CR-00106-KDB-DSC

|  |  |  |
|---|---|---|
| USA | ) | |
| | ) | |
| **vs.** | ) | **VERDICT** |
| | ) | |
| ANTHONY MAURICE TUCKER | ) | |

The Defendant was found guilty as to count 1. IT IS ORDERED that the Defendant is guilty after a bench trial was held on December 14, 2021.

Signed: December 14, 2021

Kenneth D. Bell
United States District Judge